**FILED**

JUL 15 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MOALEM, | No. C-11-3023 JW (PR) |
| Plaintiff, | |
| v. | ORDER OF TRANSFER |
| GARY SWARTHOUT, | |
| Defendant. | |

Petitioner, a prisoner presently incarcerated at Solano State Prison in Vacaville, California, seeks federal habeas review of the execution of a sentence imposed by the Superior Court of the State of California in and for the County of San Mateo, which lies in this judicial district. See 28 U.S.C. § 84(a). Specifically, Petitioner challenges the denial of parole by the Board of Parole Hearings in 2009. Petitioner is incarcerated at Solano State Prison in Vacaville, located in Solano County, which lies in the Eastern District of California. See id. § 84(b).

Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district

1 of conviction preferable forum to review conviction).   Because Solano County lies in the
2 Eastern District of California, venue therefore lies properly in the Eastern District.
3        Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1404(a) and Habeas
4 Local Rule 2254-3(b), IT IS ORDERED that this petition be TRANSFERRED to the United
5 States District Court for the Eastern District of California.
6        The Clerk shall transfer this matter, terminate all pending motions as moot and close
7 the file.

        IT IS SO ORDERED.

DATED   July 15, 2011                    _____
                                         JAMES WARE
                                         United States District Chief Judge

G:\PRO-SE\JW-SF\CR-11\Moalem-11-3023-transfer-caed.wpd

2